STATE of Missouri, Respondent,

v.

Jack Lee DICKERSON, Appellant.

No. WD 37646.

Missouri Court of Appeals,
Western District.

Feb. 17, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1987.

William L. Webster, Atty. Gen., Jeffery L. Alena, Kansas City, for appellant.

Jatha B. Sadowski, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and KENNEDY and NUGENT, JJ.

PER CURIAM.

### ORDER

Appeal from jury trial conviction of stealing by deceit and sentence of seven years.

Judgment affirmed. Rule 30.25(b).